UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSAC DA'BOUR DAWSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO POLICE DEPARTMENT, et al.,<br><br>　　　　　Defendants. | No.  2:14-cv-1494 TLN KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding in forma pauperis and without counsel.  On July 30, 2014, the undersigned recommended that this action be dismissed without prejudice.  On August 15, 2014, plaintiff filed a letter in which he asks why he is required to pay the filing fee after the court granted him leave to proceed in forma pauperis, and asked the court to reopen his case.

　　　　First, by statute, 28 U.S.C. §§ 1914(a), 1915(b)(1), prisoners are required to pay the statutory filing fee of $350.00 when they file a civil rights action, even if the prisoner is granted leave to proceed in forma pauperis, and even if the case is ultimately dismissed.

　　　　Second, plaintiff's case has not yet been dismissed.  The undersigned recommended that plaintiff's civil rights action be dismissed because plaintiff's allegations implicate the validity of plaintiff conviction, and under Heck v. Humphrey, 512 U.S. 477 (1994), such allegations cannot be brought in a civil rights action absent proof that plaintiff's conviction has been expunged, declared invalid, or called into question by a federal court's issuance of a writ of habeas corpus.

1

1 (ECF No. 7 at 2-3.)  Pursuant to the findings and recommendations, plaintiff was granted leave to file objections.  In his August 15 filing, plaintiff states that he has been unable to attend the law library.  Liberally construing plaintiff's filing, the court grants plaintiff an extension of time in which to file objections to the findings and recommendations.

IT IS HEREBY ORDERED that plaintiff is granted thirty days in which to file objections to the findings and recommendations (ECF No. 7).

Dated:  August 21, 2014

/daws1494.eot

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE